UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STACY CALVERT,                          )
                                        )
                                        )
        Plaintiff(s),                   )
                                        )
            vs                          )     Case # 2:11-CV-1004-PMP-GWF
                                        )
ALESSI & KOENIG, LLC,                   )
                                        )
                                        )     ORDER REFERRING CASE FOR
        Defendant(s).                   )     SETTLEMENT CONFERENCE
_____         )

        This case is currently stacked on the calendar on **Tuesday, October 16, 2012,**

for a Jury Trial.

        **IT IS ORDERED** that this case is hereby referred to Magistrate Judge

**George W. Foley** for a settlement conference.

        DATED this 1ˢᵗ day of May, 2012.


                                        _____
                                        PHILIP M. PRO, U.S. DISTRICT JUDGE