# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STACY CALVERT on behalf of herself and all similarly situated persons,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-01004-PMP-GWF<br><br>**ORDER OF RECUSAL** |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 29th day of June, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE