AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

STACY CALVERT, an individual

Plaintiff,

V.

ALESSI & KOENIG, LLC, a Nevada Limited Liability Company

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-00333-LRH-PAL
2:11-cv-00411-LRH-PAL
2:11-cv-00442-LRH-PAL
2:11-cv-01004-LRH-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment is hereby entered in favor of the plaintiff on the FDCPA claims in case numbers 2:11-cv-333, 2:11-cv-411, and 2:11-cv-1004.

Judgment is hereby entered in favor of the defendant on the FDCPA claim in case number 2:11-cv-442 and on the NDTPA claims in all cases

February 13, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk